AO 91 (Rev 8/01)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

AUG 10 2018

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Luis Anguiano-Bonilla

**CRIMINAL COMPLAINT**

Case Number: M-18-1644-M

IAE  YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 8, 2018** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Luis Anguiano-Bonilla was encountered by Border Patrol Agents near La Grulla, Texas on August 8, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 08, 2018, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 04, 2018, through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 17, 2011, the defendant was convicted of Posession of Controlled Substance for Sale and was sentenced to sixteen (16) months confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant
Mickel Gonzalez          Senior Patrol Agent

Sworn to before me and subscribed in my presence,
August 10, 2018          8:51 am

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer