U.S. Department of Justice  
Washington, D.C.  
8/10/2018/tl

Criminal Docket

McALLEN Division

CR. No. **M-18-1468**   M-18-1644-M

**INDICTMENT**   Filed: August 29, 2018  
County: Starr  
Lions #: **2018R24666**  
UNITED STATES OF AMERICA

v.

JOSE LUIS ANGUIANO-BONILLA  
Custody: 8/8/2018

Judge: **RICARDO H HINOJOSA**

Attorneys:  
RYAN K. PATRICK, UNITED STATES ATTORNEY

ROBERT L. GUERRA, JR., ASST. U.S. ATTORNEY

Ct. 1 Azalea Aleman-Bendiks   FPD, (956) 630-2995

Charge(s):   Ct. 1:   Unlawfully present in the United States after being previously excluded, deported, and removed.  
Title 8, United States Code, Sections 1326(a) and 1326(b)

Total Counts **(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Bureau of Customs & Border Protection - Mickel A. Gonzalez

Date   Proceedings