HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE PRESIDING

United States District Court
Southern District of Texas
**FILED**

Courtroom Deputy Clerk: Alex De La Garza
Electronic Court Recording Operator: Tony Tijerina
INTERPRETER: _M. Foralta_ (used / not used)
USPO: _Anabel Balandrano_
TIME SET: 9:30 a.m./~~p.m.~~

JAN 09 2019

David J. Bradley, Clerk

A.M. _10:33 / 10:42_ P.M. / ( 9 min)    DATE: January 9, 2019

CRIMINAL NO.  M-18-1468  DEFT. 01

UNITED STATES OF AMERICA  )   _Andrew Henning_
                         )   ~~ROBERT GUERRA~~ AUSA
v.                       )
                         )
JOSE LUIS ANGUIANO-BONILLA )  AZALEA ALEMAN-BENDIKS AFPD

## SENTENCING

( ) New Sentencing Guidelines (NSG) case (11-1-14)
( ) Deft. failed to appear bench warrant to issue (kloc)
(✓) ksen.  Sentencing held (BO= _8+6=14-2=12 CHC II GRS: 12-18_
( ) Court GRANTS Government's motion for downward departure.
( ) kpstr  Deft. withdraws plea of guilty
(✓) SENTENCE:  _12 + 1 day_ months custody of the Bureau of Prisons.
   Ct. 1
   ( ) Court recommends Deft. be placed in an institution where he/she can receive any drug and/or alcohol abuse treatment and or counseling.
   ( ) Court recommends Deft. be placed in an institution close to his/her family.
   ( ) Court recommends this sentence run concurrently / consecutively with sentence in _____.

_No SRT_ years Supervised Release term to commence upon release from confinement ( ) without supervision if deported.
   ( ) A special condition of supervised release is that Deft. submit himself/herself to any drug and/or alcohol abuse treatment and or counseling.

$100.00 Special Assessment imposed on Ct(s). _/_
(✓) Time to serve.
( ) kdismcntgv  Cts _____ dismissed on Government Motion
(✓) REMANDED to custody of U. S. Marshal
( ) kosurr.  Deft. to surrender to U. S. Marshal on _____.
( ) Deft. to surrender to designated institution
( ) Deft. to report to the U.S. Marshal on _____ by _____ p.m. to be advised what institute and what date to surrender to.

OTHER PROCEEDINGS   (X) objections filed/urged _____

(✓) Court advised Defendant of his/her right to appeal.